IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MIRAMONTES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MADEIRA USA, LTD,<br><br>　　　　Defendant. | **Old Case No. 1:10-cv-01256 OWW GSA**<br>**New Case No. 1:10-cv-01256 OWW SKO**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

　　　Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Sheila K. Oberto. The new case number shall be **1:10-cv-01256 OWW SKO.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

　　　IT IS SO ORDERED.

　　　　**Dated:　July 19, 2010**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1