RUTAN & TUCKER, LLP
Shawn M. Larsen (State Bar No. 204439)
slarsen@rutan.com
Joseph G. Naddour (State Bar No. 266890)
jnaddour@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant and Counter-Claimant
MADEIRA USA, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MIRAMONTES,<br><br>  Plaintiff,<br><br>  vs.<br><br>MADEIRA USA, LTD., a corporation; and DOES 1 through 50, inclusive,<br><br>  Defendant. | CASE NO. 1:10-cv-01256 OWW JLT<br><br>**STIPULATION RE: DISMISSAL AND ORDER THEREON** |
| MADEIRA USA, LTD., a New Hampshire corporation,<br><br>  Counter-Claimant,<br><br>  vs.<br><br>MARTHA MIRAMONTES,<br><br>  Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Counter-Defendant Martha Miramontes and Defendant and Counter-Claimant Madeira U.S.A., Ltd. (collectively, "the Parties") hereby stipulate that this action, including all claims for relief that have been or could have been asserted by Madeira in connection with the general set of facts and circumstances underlying the action, shall be dismissed in its entirety with prejudice.  The Parties further stipulate that each party shall bear their own attorneys' fees and costs in this action.

Dated: June 16, 2011     RUTAN & TUCKER, LLP

By:      /s/ Shawn M. Larsen
         Shawn M. Larsen
         Attorneys for Defendant and Counter-Claimant MADEIRA USA, LTD.

Dated: June 16, 2011     WILD, CARTER & TIPTON

By:  /s/Monrae English (as authorized on 6/16/11)
     Monrae English
     Attorneys for Plaintiff and Counter-Defendant MARTHA MIRAMONTES

IT IS SO ORDERED.

Dated:  **June 17, 2011**           **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE